IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| WILLIAM H. GRADIE, MILTON HARPER, RONNIE STEVENSON, and JONATHAN MITCHELL, individuals, on behalf of themselves, and on behalf of all persons similarly situated,<br><br>               Plaintiffs,<br><br>v.<br><br>C.R. ENGLAND, INC., a corporation; and Does 1 through 100, inclusive,<br><br>               Defendant. | **JUDGMENT IN A CIVIL CASE**<br><br>Case No. 2:16-cv-00768-DN<br><br>District Judge David Nuffer |

    IT IS HEREBY ORDERED AND ADJUDGED that this action is dismissed with prejudice. The clerk is directed to close this action.

    Signed November 20, 2020.

                                        BY THE COURT

                                        _____
                                        David Nuffer
                                        United States District Judge